1028

[No. 34640-1-II. Division Two. May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH RAY ANGLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00087-8, James E. Warme, J., entered March 31, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34741-5-II. Division Two. May 1, 2007.]

KRISTI SOLT, *Appellant*, v. ANNIE WRIGHT SCHOOL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-09221-9, Serjio Armijo, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 34851-9-II. Division Two. May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD BLAYNE LORENZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01703-1, Robert A. Lewis, J., entered April 26, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34912-4-II. Division Two. May 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH H. STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00047-4, F. Mark McCauley, J., entered May 15, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.